IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01077-CBS-PAC

STEPHEN JEROME GRACE,
    Plaintiff,

v.

DEPUTY SHERIFF APODACA,
DEPUTY SHERIFF JASON HUBER,
NURSE LPN LISA [sic],
NURSE ASSISTANCE [sic] D.A.,
DR. CRUMB [sic],
    Defendants.

_____

JUDGMENT
_____

Pursuant to and in accordance with the Memorandum Opinion and Order entered by Magistrate Judge Craig B. Shaffer on July 28, 2005, incorporated herein by reference, it is

IT IS ORDERED that:

Defendant Apodaca's Motion to Dismiss (filed September 27, 2004) (doc. # 22) is GRANTED.  Defendant Apodaca is hereby dismissed without prejudice from this civil action.

Defendant Huber's Motion to Dismiss (filed December 27, 2004) (doc. # 40) is GRANTED.  Defendant Huber is hereby dismissed without prejudice from this civil action.

Claim Two of the Amended Prisoner Complaint, which names only Defendants

Apodaca and Huber, is hereby dismissed without prejudice.

Defendant Crum's Motion for Summary Judgment (filed March 1, 2005) (doc. # 49) is GRANTED.  Judgment on Claims One and Three of the Amended Prisoner Complaint (doc. # 5) shall enter in favor of Defendant Crum and against Plaintiff.

Defendants "Nurse LPN Lisa" and Nurse Assistance D.A. [sic]" are hereby dismissed from this civil action.

Grace's "Dispositive Motion" (filed April 25, 2005) (doc. # 66) is DENIED.

No claims or parties remaining, this civil action is terminated.

Each party shall bear his, her, or its own fees and costs associated with this civil action.


DATED at Denver, Colorado, this ___1st___ day of August, 2005.

                                              FOR THE COURT:

                                              S/Stephen P. Ehrlich

                                              _____
                                              Stephen P. Ehrlich
                                              Chief Deputy Clerk

APPROVED:


____/s/ Craig B. Shaffer____
Craig B. Shaffer, Judge
United States District Court

2